**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DIANDRE GREEN,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:26-cr-66 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Diandre Green's plea of guilty to his indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 17.] Following a hearing on the record, [DE 21] Judge Martin found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charges. Judge Martin recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Martin's findings and recommendation concerning the Defendant's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 21] in its entirety.

Defendant Diandre Green is adjudged GUILTY of violating 26 U.S.C. §§ 5841, 5861(d), and 5871. The sentencing hearing is set for **Tuesday, November 17, 2026 at 1:00 P.M. Hammond/Central time**.

SO ORDERED.

ENTERED: September 2, 2026.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE